# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2819
Lower Tribunal No. 2021-CF-00418

_____

JASON NICHOLAS ORTIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED